# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BEVERLY NORMANDIN AND REGINA FONDREN, § § § *Plaintiffs,* § § v. § § CLIENT SERVICE, INC. § § *Defendant.* § § § § | CASE NO. _____ |

### DEFENDANT CLIENT SERVICE INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Client Service Inc. ("Defendant") hereby removes the subject action from the Milwaukee County Circuit Court to the United States District Court for the Eastern District of Wisconsin, on the following grounds:

1. Plaintiffs Beverly Normandin and Regina Fondren instituted an action in the Milwaukee County Circuit Court on January 20, 2022. A copy of the Complaint and Exhibits is attached hereto as **Exhibit A**.

2. Defendant was served on April 5, 2022. Therefore, removal is timely.

3. Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331 since there is a federal question. This suit falls within the FDCPA which supplies the federal question.

5. Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the Milwaukee County Circuit Court to the United States District Court for the Eastern District of Wisconsin.

6. Notice of this removal will promptly be filed with the Milwaukee County Circuit Court and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendants are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

WHEREFORE, Defendant Client Service Inc., by counsel, removes the subject action from the Milwaukee County Circuit Court to the United States District Court for the Eastern District of Wisconsin.

Dated this 5th day of May, 2022.

**von BRIESEN & ROPER, s.c.**
Attorneys for Defendant CLIENT SERVICES, INC.

*/s/ Kevin M. Fetherston*
Kevin M. Fetherston
State Bar No. 1084716

**P.O. Address:**
411 E. Wisconsin Ave.
Suite 1000
Milwaukee, WI 53202
(414)221-6635 (Phone)
(414)249-2623 (Fax)
Kevin.Fetherston@vonbriesen.com